# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | | |
|---|---|---|
| CARISIA LOFLAND<br>*On behalf of NLL* | * * * | |
| Plaintiff, | * | |
| v. | * | No. 4:20-cv-01105-JJV |
| | * | |
| KILOLO KIJAKAZI,<br>Acting Commissioner,<br>Social Security Administration, | * * * * | |
| Defendant. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

DATED this 5th day of January 2022.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE